# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:17-cr-123 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| JOSEPH EDWARD CONNER, JR., | : | |
| Defendant. | : | |

## FINAL ORDER OF FORFEITURE

Upon the United States' Motion for Final Order of Forfeiture and the Court's review of the record, the Court HEREBY FINDS THAT:

On September 7, 2018, the Court entered a Preliminary Order of Forfeiture, finding the following: (1) that any firearm or ammunition, involved in or used in the offenses alleged in Counts 2 and 3 of the Indictment had been forfeited to the United States under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c); and (2) that any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offense charged in Count 3 of the Indictment, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation had been forfeited to the United States under 21 U.S.C. § 853(a)(1) and (2).

Specifically, the Court found that the following property (hereinafter collectively the "subject property") had been forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and/or 21 U.S.C. § 853(a)(1) and (2):

a.   SCCY Model CPX-2, 9mm pistol, SN: 192286 w/11 9mm luger rounds;
b.   Apple iPhone, Model A1456, SN: IMEI 358542059882299;
c.   LG touchscreen cell phone, Model LK-K120, SN: IMEI 354873072438718;

     d.       Samsung cell phone, Model SM-B311V, SN: FCCID A3LMB311V;

     e.       LG cell phone, Model LG-B460, SN: 502CYRN688126; and

     f.       Kyocera cell phone, Model E4210, SN: FCCID V65E4210.

The Court also found that the defendant had an interest in the subject property and directed the United States to seize the subject property and to give notice of its intent to forfeit the property.

The United States gave electronic notice through the CM/ECF notification system of the Motion for Preliminary Order of Forfeiture to counsel for the defendant, and the defendant did not object to the forfeiture.

The United States published notice of this forfeiture action and of its intent to dispose of the subject property in accordance with the law on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 12, 2018.

On January 29, 2019, the Court held the defendant's sentencing hearing and announced the forfeiture of the subject property. The Judgment establishes that the defendant shall forfeit the subject property to the United States.

The United States sent direct written notice of the Preliminary Order of Forfeiture to all persons who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the subject property in the ancillary proceeding, including Kenneth James Grieshop, Roberta Ann Wells, and Amber Lasley.

No person or entity has filed a timely petition with the Court asserting any interest in the subject property or objecting to its proposed forfeiture.

THEREFORE, IT IS HEREBY ORDERED THAT:

1.       All right, title, and interest in the subject property is condemned and forfeited to the United States under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and/or 21 U.S.C. § 853(a)(1) and (2) and no right, title, or interest shall remain in any other person or entity.

2.      The United States shall dispose of the subject property in accordance with the law.

3.      The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: March 27, 2019                       *s/Thomas M. Rose

                                 _____

                                 THOMAS M. ROSE
                                 UNITED STATES DISTRICT JUDGE